TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
MATTHEW D. EVANS
Assistant United States Attorney
U.S. Attorney's Office for the District of Minnesota
300 South Fourth Street, Suite 600
Minneapolis, MN  55415
Tel: (612) 664-5642
Email: Matthew.Evans@usdoj.gov

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ANDREW KEENAN
Assistant United States Attorney
400 South Virginia, Suite 900
Reno, Nevada 89501
Phone: (775) 784-5438
Email: Andrew.Keenan@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW THURMAN and ENVIRONMENTAL RESOURCES INC., DBA EASY ROOTER PLUMBING,<br><br>Defendants. | No.<br><br>**Criminal Bill of Information**<br><br>VIOLATION:<br><br>33 U.S.C. §§ 1317(d) and 1319(c)(2)(A), 40 C.F.R. § 403.5(b)(8), and 18 U.S.C. § 2(b) -- Clean Water Act Knowing Violation of a Pretreatment Standard |

THE ASSISTANT ATTORNEY GENERAL AND THE UNITED STATES ATTORNEY

FOR THE DISTRICT OF NEVADA CHARGE THAT:

At all times material to this information:

COUNT ONE
Clean Water Act Knowing Violation of a Pretreatment Standard
(33 U.S.C. §§ 1317(d) and 1319(c)(2)(A), 40 C.F.R. § 403.5(b)(8), and 18 U.S.C. § 2(b))

INTRODUCTION

The Clean Water Act prohibited the discharge of any pollutant into waters of the United States except in compliance with applicable regulations. 33 U.S.C. § 1311(a). The Clean Water Act regulated direct discharges to surface waters as well as discharges to sewer systems connected to publicly owned treatment works ("POTWs") that treat and manage wastewater before its discharge to waters of the United States. 33 U.S.C. § 1317(d). The United States Environmental Protection Agency ("EPA") was charged with developing standards, often called pretreatment standards, which regulate discharges to POTWs. 40 C.F.R. § 403. EPA promulgated specific pretreatment standards that apply to all discharges to POTWs. Among other things, the regulations prohibited introducing into a POTW trucked or hauled pollutants except at discharge points designated by the POTW. 40 C.F.R. § 403.5(b)(8). This provision helped POTWs ensure that wastes were not introduced into their systems that those systems were unable to manage or treat.

The term "pollutant" included any solid waste, sewage, garbage, sewage sludge, and biological materials discharged into water. 33 U.S.C. § 1362(6). Fats, oils, grease, and solids ("FOGS") were pollutants under the Clean Water Act.

FOGS are the most common cause of reported blockages in POTWs. FOGS solidify, reduce conveyance capacity, and block flow, which is expensive to remedy and risks contaminating land, water, and drinking water. These expenses are passed on to consumers in their water bills. Accordingly, food service establishments, such as restaurants, are required to have grease interceptors or similar devices to collect FOGS from their wastewater before the wastewater enters the public sanitary sewer system.

2

Typically, wastewater containing food service FOGS entered a grease interceptor via an inlet. Grease interceptors were typically two or three large-capacity tanks and used density differentials to separate FOGS from wastewater. Less dense FOGS floated to the top of the tanks, while more dense material settled to the bottom of the tanks. As the tank filled, the grease interceptor trapped the FOGS and allowed the wastewater (without the FOGS) to enter the sewer system that served the POTW. At the POTW, the wastewater was treated.

Companies servicing grease interceptors used tanker trucks to suction the grease and wastewater out of the tanks and then hauled it away for disposal at approved facilities, such as a landfill.

MATTHEW THURMAN,

defendant herein, was employed by

ENVIRONMENTAL RESOURCES INC., DBA EASY ROOTER PLUMBING

("EASY ROOTER PLUMBING"),

defendant herein, since approximately 1988, and was the General Manager of EASY ROOTER PLUMBING since approximately 2016.

EASY ROOTER PLUMBING was a Nevada corporation based in Sparks, Nevada, that provided, as relevant here, restaurant waste removal services, including grease interceptor servicing in and around Reno, Nevada.

As General Manager, MATTHEW THURMAN oversaw, supervised, managed, and controlled EASY ROOTER PLUMBING's grease interceptor servicing business.

Beginning in at least March 2019 and continuing through August 26, 2021, in the District of Nevada,

MATTHEW THURMAN

and

ENVIRONMENTAL SERVICES INC., DBA EASY ROOTER PLUMBING, (defendants

herein), acting through its agents and employees knowingly aided, abetted, counseled, commanded, induced, and procured employees of EASY ROOTER PLUMBING to illegally discharge FOGS and wastewater pumped from the grease interceptors of one or more restaurants into the same or different restaurants' interceptors, causing FOGS and wastewater, pollutants under the Clean Water Act, to be discharged into the Truckee Meadows Water Reclamation Facility, a POTW jointly owned and operated by the City of Reno, Nevada, and the City of Sparks, Nevada. These grease interceptors were not discharge points designated by the POTW. During this period, MATTHEW THURMAN and EASY ROOTER PLUMBING repeatedly and illegally discharged grease and wastewater into POTWs on at least 68 days, usually several times each day.

All in violation of violation of the Clean Water Act, Title 33 United States Code Sections 1317(d) and 1319(c)(2)(A); Title 40, Code of Federal Regulations, Section 403.5(b)(8); and Title 18, United States Code, Section 2(b).

**DATED:** this 15 day of  April    , 2024.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Matthew D. Evans*
Assistant United States Attorney

JASON M. FRIERSON
United States Attorney

*/s/ Andrew Keenan*
Assistant United States Attorney